In the Matter of the Application of JOSEPH APPLEMAN for Admission to the Bar.— Application for admission to the Bar denied upon the ground that the applicant has failed to satisfy this court that he possesses the character and general fitness requisite for an attorney and counsellor-at-law, as required by paragraph a of subdivision 1 of section 90 of the Judiciary Law. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

In the Matter of LOUIS V. GAZZA, Appellant. HILDA ABELSPIES, Respondent. — Motion for leave to appeal to the Court of Appeals granted. Motion for a stay pending appeal to the Court of Appeals granted on condition that, within ten days after entry of the order hereon, appellant, pursuant to sections 593 and 594 of the Civil Practice Act, file an undertaking for $1,000, with corporate surety to pay all costs which may be awarded against him on the appeal and to pay any additional sums which may accrue under the judgment pending the appeal, such undertaking to be in lieu of the $500 undertaking heretofore filed; otherwise, motion for stay denied. Present — Nolan, P. J., Adel, MacCrate and Schmidt, JJ. [See ante, p. 801.]

In the Matter of the Accounting of GUSTAVUS T. KIRBY et al., as Surviving Trustees under Trust Agreement Made by ISABELLE C. KIRBY, Deceased, Respondents. ISABELLE C. SILLS et al., Appellants.— On the court's own motion, the decision handed down June 2, 1952 (ante, p. 381), and the opinion are amended so as to provide that in computing the surcharge for the loss of income resulting from the trustees' unauthorized acts, for the period beginning January 1, 1936, they should also be credited with the income received from the net proceeds realized upon the liquidation of the Coster bond and mortgage and the thirty-four acres of land in Bedford, and should not be liable for a 5% return thereon. The amount of the surcharge for loss of income, computed under the principles stated in the decision, as here amended, shall be substituted in the order to be entered herein for the sum of $10,136.81 [as formerly] set forth in the opinion. Present — Nolan, P. J., Adel, Wenzel and MacCrate, JJ.; Schmidt, J., taking no part. [Also printed ante, p. 393.—Rep.]